Name

ERIC LEBEAU

2901 SUNRISE AVE, ALAMOGORDO NM

Address

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2025 FEB 21  PM 3: 09

CLERK-LAS CRUCES

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ERIC LEBEAU
_____ , Plaintiff
(Full Name)

v.

DOUG BURGUM, SECRETARY
OF THE INTERIOR          , Defendant(s)

CASE NO. 25-CV-184-JHR

(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A.    JURISDICTION

1)    ERIC LEBEAU
_____ , is a citizen of NEW MEXICO
        (Plaintiff)                                    ( State )
who presently resides at 2901 SUNRISE AVE ALAMOGORDO NM 88310
                        (Mailing address or place of confinement)

_____ .

2)    Defendant DOUG BURGUM                                    is a citizen of
                (Name of first defendant)
WASHINGTON DC                                    , and is employed as
            (City, State)
SECRETARY OF THE INTERIOR                          . At the time the claim(s)
        ( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state law?
Yes ☐    No ☑    If your answer is "Yes", briefly explain:

XE-2    2/78        CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant __N/A_____ is a citizen of
                        (Name of second defendant)

_____ , and is employed as
                        (City, State)

_____ · At the time the claim(s)
                    ( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☐     No ☐     If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

# B.  NATURE OF THE CASE

1) Briefly state the background of your case.

I, Eric LeBeau, filed this EEO complaint due to the agency's failure to provide reasonable accommodation for my disability. Despite my approved accommodation limiting longdistance driving, I was required to drive four hours to a detail location on February 8, 2024, and four hours back on February 21, 2024. Management was aware of my medical condition, yet no adjustments or alternatives were provided to alleviate the travel requirement. This failure caused significant physical discomfort and impacted my ability to perform my duties effectively.

XE-    2/7                              -2-

# C.  CAUSE OF ACTION

1)  I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I:

Please see attached documents with statement and supporting documents

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

Please see attached document with statement and supporting documents

B)(1)  Count II:
Please see attached document with statement and supporting documentation.

(2)  Supporting Facts:

Please see attached documents and supporting evidence.

XE-2 2/78                                  -3-

C. CAUSE OF ACTION

**1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.**

A) (1)  Count I:  I, Eric LeBeau, allege that the supervisors at the Bureau of Indian Affairs (BIA) violated my rights under the Rehabilitation Act of 1973 and the Americans with Disabilities Act (ADA) by failing to accommodate my reasonable accommodation, which exacerbated my medical condition and caused injury. The supervisors failed to act in good faith by not collaborating with other supervisors or taking corrective actions to address my needs.

On February 8, 2024, I was required to drive four hours to a detailed location, and on February 21, 2024, I was required to drive an additional four hours back to my primary meeting location. This requirement directly violated the terms of my reasonable accommodation, which limits my ability to drive long distances due to a documented medical condition. As a result of the injuries sustained due to my supervisors' failure to provide reasonable accommodation, I continue to experience significant physical pain and emotional distress. This has extended beyond my work life and has negatively impacted my personal relationships, particularly my marriage. The ongoing pain and emotional strain have led to a loss of intimacy with my spouse, placing additional psychological and emotional burdens on both me and my family.

XE-2 2/78                                              -3-

**(2) Supporting Facts: (Include all facts you consider important, including names of Person(s) involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.**

On February 21, 2024, while transferring personal belongings between government vehicles at the Bureau of Indian Affairs (BIA) District Office in Albuquerque, NM, I fell when my right leg gave out, resulting in a concussion, abrasions, and two slipped discs in my lower back. This incident occurred as part of a travel detail to the Ute Mountain Agency in Cortez, CO, which had been arranged by my supervisors—James Vepley, Leonard Vazquez, and Peter Lahi—despite their awareness of my medical accommodation limiting long-distance driving due to a lifelong ankle condition.

James Vepley, as the Chief of Police in Mescalero, approved the details without ensuring compliance with my accommodation requirements. Their failure to provide reasonable accommodation violated my rights under the ADA and the Rehabilitation Act, directly contributing to my injuries and the emotional distress caused by the incident.

B) (1)   Count II: Failure to engage in the interactive process. I assert that my supervisors failed to engage in the interactive process to ensure the proper implementation of my reasonable accommodation. Despite being aware of my medical condition and travel restrictions, my supervisors did not initiate any meaningful discussion about alternative accommodations or explore ways to address my travel limitations before requiring me to travel.

This failure to engage in the interactive process demonstrates a lack of good faith and a significant breakdown in communication, directly undermining the purpose of federal disability protections designed to accommodate employees with disabilities.

XE-2 2/78                                    -3-

C)(1)  Count III:

(2)  Supporting Facts:

D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐   No ☑   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a)  Parties to previous lawsuit.

   Plaintiffs:   _____

   Defendants:   _____

   b)  Name of court and docket number:

   c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   d)  Issues raised:   _____

XE-2   2/78                              — 4 —

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes☐   No☐    If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

EEO created and accepted Agency Case No. DOI-BIA-24-0215; Please see attached documentation related to discrimination complaint that was accepted and filed. As well as GSA form 2116 that was a claim for personal loss of or for damage to personal property that occurred due to fall. Liability of property loss was recently paid on Jan. 7th, 2025, for the amount of $1308.00; for the damage of my property admitting to fault for loss or damages to my personal property.

## E.    REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

I believe I am entitled to financial compensation for the severe impact of my back injury, which includes the costs of surgery, follow-up appointments, and any future medical treatments necessary due to ongoing physical and emotional pain. This injury has caused significant suffering, not only physically but also emotionally, affecting my overall quality of life. Additionally, the limitations imposed by my condition have created substantial hardships for my family, particularly my wife, who has had to take time off work to care for me, straining both our finances and her personal well-being.

The impact on our marriage has been profound, with intimacy issues arising directly from my injury and surgery. The emotional toll of living with chronic pain, coupled with the changes to our lifestyle, has made it difficult to maintain the closeness we once shared. These challenges continue to affect our relationship, and I believe this ongoing strain, alongside the physical costs of my recovery, should be acknowledged and compensated.

_____          _____
Signature of Attorney (if any)                   Signature of Petitioner

Attorney's full address and telephone number.

XE-2    2/78                                    - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at ___Las Cruces___ on __2/21__ 20_25_
                    (Location)                (Date)

_____
(Signature)

XE-2   2/78                          - 6 -